UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: 18 - 9216

             V.          :          CRIMINAL ACTION

Mauricio Aguilar-Lopez          :          ORDER OF RELEASE

       The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ✓ ) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ✓ ) The defendant shall appear at all future court proceedings;

( ) Other: _____

_Mauricio Aguilar L,_          _10. 31. 18_
DEFENDANT          DATE

       It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

_10/31/18_
DATE