UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
|---|---|---|
| v. | : | Violation Number: 7499875 |
| MAURICIO AGUILAR-LOPEZ | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 7499875 against defendant Mauricio Aguilar-Lopez, which was filed on July 28, 2018 charging him with Domestic Violence-Assault, for the reason that prosecution of defendant Mauricio Aguilar-Lopez is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Mauricio Aguilar-Lopez of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 12/19/18